# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| RICHARD D. KRAUSE, TRUSTEE OF THE )<br>KRAUSE CHILDREN'S TRUST I, II, III, IV, )<br>AND V )<br>　　Petitioner, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA )<br>　　Respondent )<br>_____ ) | Case No.: 05-1243-WEB |

## MOTION TO DISMISS THE PETITION TO QUASH

Pursuant to FRCP 12(b)(1), respondent, the United States of America ("the United States" or "the Government"), respectfully requests the Court to dismiss the Petition to Quash, filed by Richard D. Krause ("Krause"), for lack of subject matter jurisdiction.[1]  In support of this motion, the United States relies upon its Memorandum of Law, the Declaration of Marsha K. Waterbury and the exhibits thereto.  A proposed Order is submitted herewith.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　ERIC F. MELGREN
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ Janene M. Marasciullo
　　　　　　　　　　　　　　　　　　　　　　JANENE M. MARASCIULLO
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Post Office Box 7238
　　　　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20044
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 305-2334
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 514-6770

CERTIFICATE OF SERVICE

---

[1] The United States is filing a separate Petition to Enforce the IRS Summons simultaneously with its Motion to Dismiss the Petition to Quash.

1356259.1

IT IS HEREBY CERTIFIED that service of the MOTION TO DISMISS PETITION TO QUASH has been made upon the following by mailing a true and correct copy thereof, by First Class United States mail, this 27th day of September 2005:

>Brian G. Grace, Esq.
>Law Office of Brian G. Grace
>100 North Broadway, Suite 510
>Wichita, KS 67202

>/s/ Janene Marasciullo
>_____
>Janene Marasciullo

1356259.1