# United States of America

## Department of the Treasury

## Internal Revenue Service

Date: August 29, 2005

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of the transcript of Gary E. Krause, Tax Identification Number ███████1409, U.S. Individual Income Tax Return, for period ending December 31, 1994, with respect to all assessments, penalties, interest, abatements, credits, refunds and advance or unidentified payments as of this date.

Under the custody of this office:

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

*[signature]*

By direction of the
Secretary of the Treasury

GOVERNMENT
EXHIBIT
A

```
PAGE NO-0001                                        IRS EMPLOYEE 2968111518
DATE REQUESTED 08-29-2005                           PRINT DATE 08-29-2005
FORM NUMBER: 1040                                   TAX PERIOD: DEC  1994
              TAXPAYER IDENTIFICATION NUMBER:    -1409
       ** SPOUSE TAXPAYER IDENTIFICATION NUMBER:    -8201*

       GARY E KRAUSE

                                         -      BODC-SB BODCLC-N

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

       ACCOUNT BALANCE:         60,666.32
       ACCRUED INTEREST:        26,331.73    AS OF 08-22-2005
       ACCRUED PENALTY:          8,538.42    AS OF 08-22-2005

       ACCOUNT BALANCE
         PLUS ACCRUALS:         95,536.47


** EXEMPTIONS: 01                       **FILING STATUS: MARRIED FILING SEPARATE
** ADJUSTED GROSS INCOME:     196,628.00
** TAXABLE INCOME:            131,313.00
   TAX PER RETURN:              1,730.00
** SE TAXABLE INCOME TAXPAYR:  11,303.00
** SE TAXABLE INCOME SPOUSE:        0.00
** TOTAL SELF EMPLOY TAX:       1,730.00

** PER RETURN OR AS ADJUSTED

10-16-1995 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-20-1995 PROCESSING DATE

                              TRANSACTIONS
                                                         MONEY AMOUNT
CODE              EXPLANATION                 DATE       (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED         11-20-1995        1,730.00
     18211-289-43510-5
 460 EXTENSION OF TIME TO FILE             04-15-1995
     EXT. DATE   08-15-1995
 460 EXTENSION OF TIME TO FILE             08-17-1995
     EXT. DATE   10-15-1995
 610 PAYMENT WITH RETURN                   10-16-1995        1,954.00-
 170 ESTIMATED TAX PENALTY                 11-20-1995           89.00
     199545
 196 INTEREST ASSESSED                     11-20-1995           83.10
     199545
 276 FAILURE TO PAY TAX PENALTY            11-20-1995           51.90
     199545
 960 RECEIVED POA/TIA                      02-04-1997
 560 ASSESSMENT STATUTE EXPIR              07-16-1999

*****************************CONTINUED ON NEXT PAGE***************************
```

PAGE NO-0002                                                    IRS EMPLOYEE 2968111518

```
    DATE EXTEND TO 12-31-2000
300 ADDITIONAL TAX ASSESSED BY EXAMINATION        12-20-1999            0.00
    09247-736-00152-9  199949
961 REMOVED POA/TIA                               01-17-2000
240 QUICK ASSESSMENT                              12-01-1999        6,859.20
    09251-335-13200-9
    IRC 6662(e) ACCURACY PENALTY
300 QUICK ASSESSMENT                              12-01-1999       34,296.00
    09251-335-13200-9
190 INTEREST ASSESSED                             12-01-1999       19,569.81
    200004
960 RECEIVED POA/TIA                              02-28-2000
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE   08-15-2000
    LEVY NOTICE ISSUED
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE   08-21-2000
    RETURN RECEIPT SIGNED
582 FEDERAL TAX LIEN                              04-06-2001
360 FEES AND COLLECTION COSTS                     04-30-2001           15.00
706 OVERPAID CREDIT APPLIED                       04-15-1995            1.46-
    1040       197712
736 INTEREST OVERPAYMENT CREDIT                   04-15-1995            5.06-
    1040       197712
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE   10-05-2001
    LEVY NOTICE ISSUED
706 OVERPAID CREDIT APPLIED                       01-12-2004            1.97-
    1040       200012
706 OVERPAID CREDIT APPLIED                       01-12-2004           11.60-
    1040       200112
706 OVERPAID CREDIT APPLIED                       04-15-2004          457.00-
    1040       200312
701 OVERPAID CREDIT REVERSED                      04-15-2004          457.00
    1040       200312
706 OVERPAID CREDIT APPLIED                       01-12-2004           53.60-
    1040       199912
961 REMOVED POA/TIA                               05-25-2005
960 RECEIVED POA/TIA                              07-29-2005
```