# United States of America

## Department of the Treasury

## Internal Revenue Service

Date: August 29, 2005

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of the transcript of Gary E. Krause, Tax Identification Number ███-██-1409, U.S. Individual Income Tax Return, for period ending December 31, 1995, with respect to all assessments, penalties, interest, abatements, credits, refunds and advance or unidentified payments as of this date.

Under the custody of this office:

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the
Secretary of the Treasury

**GOVERNMENT EXHIBIT B**

```
PAGE NO-0001                                    IRS EMPLOYEE 2968111518
DATE REQUESTED 08-29-2005                       PRINT DATE 08-29-2005
FORM NUMBER: 1040                               TAX PERIOD: DEC  1995
           TAXPAYER IDENTIFICATION NUMBER:      -1409
    ** SPOUSE TAXPAYER IDENTIFICATION NUMBER:   -8201*
      GARY E KRAUSE
                                        -       BODC-SB BODCLC-N

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:        239,267.18
     ACCRUED INTEREST:       103,736.97   AS OF 08-22-2005
      ACCRUED PENALTY:        36,960.90   AS OF 08-22-2005

     ACCOUNT BALANCE
        PLUS ACCRUALS:       379,965.05


** EXEMPTIONS: 01                       **FILING STATUS: MARRIED FILING SEPARATE
** ADJUSTED GROSS INCOME:    577,135.00
** TAXABLE INCOME:           513,581.00
   TAX PER RETURN:             2,185.00
** SE TAXABLE INCOME TAXPAYR: 14,282.00
** SE TAXABLE INCOME SPOUSE:      0.00
** TOTAL SELF EMPLOY TAX:     2,185.00

** PER RETURN OR AS ADJUSTED

10-15-1996 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-11-1996 PROCESSING DATE
                            TRANSACTIONS
                                                      MONEY AMOUNT
CODE           EXPLANATION               DATE       (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED    11-11-1996         2,185.00
     18221-287-01800-6
 460 EXTENSION OF TIME TO FILE        04-15-1996
     EXT. DATE   08-15-1996
 460 EXTENSION OF TIME TO FILE        04-15-1996
     EXT. DATE   10-15-1996
 610 PAYMENT WITH RETURN              10-15-1996         2,445.00-
 170 ESTIMATED TAX PENALTY            11-11-1996           105.00
     199644
 196 INTEREST ASSESSED                11-11-1996            89.45
     199644
 276 FAILURE TO PAY TAX PENALTY       11-11-1996            65.55
     199644
 196 INTEREST ASSESSED                11-11-1996             6.37
     199644

*****************************CONTINUED ON NEXT PAGE*****************************
```

```
PAGE NO-0002                                            IRS EMPLOYEE 2968111518

670 SUBSEQUENT PAYMENT                          11-14-1996            6.37-
960 RECEIVED POA/TIA                            08-14-1997
560 ASSESSMENT STATUTE EXPIR                    07-16-1999
    DATE EXTEND TO 12-31-2000
300 ADDITIONAL TAX ASSESSED BY EXAMINATION      12-20-1999            0.00
    09247-736-90066-9   199949
961 REMOVED POA/TIA                             01-17-2000
240 QUICK ASSESSMENT                            12-01-1999        29,601.00
    09251-335-13201-9
    IRC 6662(e) ACCURACY PENALTY
300 QUICK ASSESSMENT                            12-01-1999       148,005.00
    09251-335-13201-9
190 INTEREST ASSESSED                           12-01-1999        61,661.18
    200004
960 RECEIVED POA/TIA                            02-28-2000
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE 08-15-2000
    LEVY NOTICE ISSUED
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE 08-21-2000
    RETURN RECEIPT SIGNED
582 FEDERAL TAX LIEN                            04-06-2001
971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE 10-05-2001
    LEVY NOTICE ISSUED
```