# United States of America

### Department of the Treasury

### Internal Revenue Service

Date: August 29, 2005

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of the transcript of Gary E. Krause, Tax Identification Number ▓▓▓▓-1409, U.S. Individual Income Tax Return, for period ending December 31, 1979, with respect to all assessments, penalties, interest, abatements, credits, refunds and advance or unidentified payments as of this date.

Under the custody of this office:

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

*[signature]*

By direction of the
Secretary of the Treasury

GOVERNMENT
EXHIBIT
E

```
PAGE NO-0001                                          IRS EMPLOYEE 2968111518
DATE REQUESTED 08-29-2005                             PRINT DATE 08-29-2005
FORM NUMBER: 1040                                     TAX PERIOD: DEC  1979
              TAXPAYER IDENTIFICATION NUMBER:    -1409
        ** SPOUSE TAXPAYER IDENTIFICATION NUMBER:    -8201*

       GARY E KRAUSE

                                          -         BODC-SB BODCLC-N

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

       ACCOUNT BALANCE:         104,680.13
       ACCRUED INTEREST:         25,655.91    AS OF 08-22-2005
       ACCRUED PENALTY:           3,131.66    AS OF 08-22-2005

       ACCOUNT BALANCE
         PLUS ACCRUALS:         133,467.70


** EXEMPTIONS: 01                       **FILING STATUS: MARRIED FILING SEPARATE
** ADJUSTED GROSS INCOME:     113,380.30-
** TAXABLE INCOME:                  0.00
   TAX PER RETURN:              1,855.00

** PER RETURN OR AS ADJUSTED

10-15-1980 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
11-24-1980 PROCESSING DATE

                              TRANSACTIONS
                                                       MONEY AMOUNT
 CODE              EXPLANATION                DATE     (IF APPLICABLE)
  150 RETURN FILED AND TAX ASSESSED         11-24-1980        1,855.00
        48221-296-55302-0
  460 EXTENSION OF TIME TO FILE             04-15-1980
        EXT. DATE   06-15-1980
  460 EXTENSION OF TIME TO FILE             07-16-1980
        EXT. DATE   08-15-1980
  460 EXTENSION OF TIME TO FILE             09-03-1980
        EXT. DATE   10-15-1980
  610 PAYMENT WITH RETURN                   10-20-1980        1,855.00-
  276 FAILURE TO PAY TAX PENALTY            11-24-1980           55.65
        198046
  196 INTEREST ASSESSED                     11-24-1980          111.60
        198046
  670 SUBSEQUENT PAYMENT                    12-05-1980          167.25-
  960 RECEIVED POA/TIA                      02-19-1983
  300 ADDITIONAL TAX ASSESSED BY EXAMINATION 08-22-1983           0.00
        18247-202-10312-3   198332
  300 ADDITIONAL TAX ASSESSED BY EXAMINATION 12-15-1986           0.00

*****************************CONTINUED ON NEXT PAGE*************************
```

```
PAGE NO-0002                                              IRS EMPLOYEE 2968111518

        18247-729-10202-6   198649
    962 UPDATED POA/TIA                              11-29-1987
    300 ADDITIONAL TAX ASSESSED BY EXAMINATION       05-02-1988              0.00
        18247-498-10017-8   198816
    300 ADDITIONAL TAX ASSESSED BY EXAMINATION       05-09-1988              0.00
        18247-503-10029-8   198817
    520 LEGAL/BANKRUPTCY SUIT     PENDING            03-06-1991
    962 UPDATED POA/TIA                              01-30-1993
    961 REMOVED POA/TIA                              02-26-1994
    521 LEGAL/BANKRUPTCY SUIT NO LONGER PENDING      05-16-2001
    560 ASSESSMENT STATUTE EXPIR                     05-14-2001
        DATE EXTEND TO 07-16-2001
    300 ADDITIONAL TAX ASSESSED BY EXAMINATION       08-06-2001              0.00
        09247-597-70002-1   200130
    300 QUICK ASSESSMENT                             07-13-2001         12,693.87
        09251-194-13500-1
    190 INTEREST ASSESSED                            07-13-2001         91,971.26
        200132
    971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE  11-13-2001
        LEVY NOTICE ISSUED
    582 FEDERAL TAX LIEN                             11-16-2001
    360 FEES AND COLLECTION COSTS                    12-10-2001             15.00
    971 INTENT TO LEVY COLLECTIONDUE PROCESS NOTICE  12-11-2001
        RETURN RECEIPT SIGNED
    960 RECEIVED POA/TIA                             07-29-2005
```