

**Sedgwick County, Kansas**
**Real Property Appraisal / Tax Information for**

# 37 N MISSION RD

as of Friday, June 24, 2005

**Legal Description:** LOT 9 BLOCK C EASTBOROUGH 2ND. ADD.
**Key Number:** MI EB00107   **Parcel Id:** 114190230101100
**Tax Unit:** 5701 EASTBOROUGH CITY   **2004 Mill Levy** 136.362
**School District:** USD 259   **Land Use:** SINGLE FAMILY

**Lot Square Feet:** 17015   **Year Built:** 1940   **Style:** Colonial   **Exterior Walls:** Brick
**No. of Bedrooms:** 4

**Living Area Square Feet:** 3616   **Value Per Sq Ft:** $ 90.96
**Lower Level Finished Area:**   **Basement Finished Area:** 600

**2004 General Tax:** $5111.76
**2004 Special Tax:**     $3.06
**2004 TOTAL TAX:** $5114.82

### Appraisal and Assessment Values
Values reflect current year plus previous two years if available.

| Appraisal Value | | | | |
|---|---|---|---|---|
| Year | Class | Land | Improvements | Total |
| 2005 | RESIDENTIAL URBAN | $43300 | $285600 | $328900 |
| 2004 | RESIDENTIAL URBAN | $43300 | $285600 | $328900 |
| 2003 | RESIDENTIAL URBAN | $43300 | $276000 | $319300 |

| Assessment Value | | | | |
|---|---|---|---|---|
| Year | Class | Land | Improvements | Total |
| 2005 | RESIDENTIAL URBAN | $4979 | $32844 | $37823 |
| 2004 | RESIDENTIAL URBAN | $4979 | $32844 | $37823 |
| 2003 | RESIDENTIAL URBAN | $4979 | $31740 | $36719 |

### 2005 Special Tax

| Specials Breakdown | | | | | | |
|---|---|---|---|---|---|---|
| Code | | Cert # | Description | 2005 Payment | 2005 Thru Payout | Beg Yr | End Yr |
| | | | Principal | + | Interest | = | TOTAL |
| Total Specials Due for 2005 | | | $0 | | $0 | | $0 |

**Disclaimer:** The value per square foot is the total appraised value divided by the square foot living area. When comparing this figure with other properties please be mindful of differences in physical characteristics (like basement finish, detached structures, and lot size).

Thank you for using the Sedgwick County Tax and Appraisal web application. The purpose of this report is to

http://www.sedgwickcounty.org/realpropertyinfo/RPDetail.cfm?ControlNum=282091

**GOVERNMENT EXHIBIT**
M

FORM NO. 1110—CLASS E                                                    FILM 960 PAGE 206
                                                      DEMASEE STATIONERY CO. 908 Walnut, Kansas City, Mo.

# Kansas Quit-Claim Deed

**This Indenture,** Made on the     5th        day of   April

A. D. One Thousand Nine Hundred and  Eighty-eight        , by and between

Gary E. Krause and Teresa G. Briggs, Husband and Wife,

of the County of    Sedgwick       , State of    Kansas       , parties of the first,

part, and  Gary E. Krause and Teresa G. Briggs, Husband and Wife, as joint tenants with rights of survivorship (J.T.W.R.S.)
of the County of    Sedgwick       , State of    Kansas       , parties of the second part:

**WITNESSETH, THAT SAID PART**ies  OF THE FIRST PART, in consideration of the sum

of   Ten and No/100                                               DOLLARS,

to  be   paid by said parties  of the second part (the receipt of which is hereby acknowledged),

do            by these presents Remise, Release and forever Quit-Claim unto the said parties   of the

second part the following described lots, tracts or parcels of land, lying, being and situate in the County

of    Sedgwick              and State of Kansas, to-wit:

[handwritten margin note: "below"]

Lot 9, Block C, in Eastborough Second Addition,
Wichita, Sedgwick County, Kansas.

Also known as:

37 North Mission, Wichita, Kansas 67206

STATE OF KANSAS
SEDGWICK COUNTY
FILED FOR RECORD AT
8:00 A.M.
APR 13 1988
NO. 9 41295
PAT KETTLER
REGISTER OF DEEDS

ENTERED ON
TRANSFER RECORD
APR 13 1988
DON WRIGHT
COUNTY CLERK

TO HAVE AND TO HOLD THE SAME, with all the rights, immunities, privileges and appurtenances thereto belonging unto said parties of the second part and unto their heirs and assigns forever, so that neither the said parties of the first part nor their heirs nor any other person or persons for them or in their name or behalf, shall or will hereafter claim or demand any right or title to the aforesaid premises or any part thereof, but they and each of them shall by these presents be excluded and forever barred.

IN WITNESS WHEREOF, The said parties of the first part have hereunto set their hand the day and year above written.

_____ (SEAL)
_____ (SEAL)
Teresa G. Briggs        (SEAL)
                         (SEAL)

FILM 1258 PAGE 0008

WHEN RECORDED MAIL TO:
Metmor Financial, Inc.
9225 Indian Creek Parkway, Suite 300
Overland Park, KS 66210-2000
ATTN: LOAN EXAM

STATE OF KANSAS } SS
SEDGWICK
FILED
_4:05 P_

JUN 25 92 12:8600

PAT KETTLER
REGISTER OF DEEDS

———— [Space Above This Line For Recording Data] ————

# MORTGAGE

CASE ID: 1400456

THIS MORTGAGE ("Security Instrument") is given on   June 19, 1992   . The mortgagor is

TERESA B. KRAUSE and GARY E. KRAUSE, Wife and Husband

("Borrower"). This Security Instrument is given to  Metmor Financial, Inc.

which is organized and existing under the laws of   THE STATE OF CALIFORNIA    , and whose
address is     9225 Indian Creek Parkway, Suite 300, Overland Park, KS 66210-2000
("Lender"). Borrower owes Lender the principal sum of
One hundred one thousand four hundred and NO/100
Dollars (U.S. $ 101,400.00      ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for
monthly payments, with the full debt, if not paid earlier, due and payable on   July 1, 2002
This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals,
extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to
protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this
Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender the following
described property located in                                                    SEDGWICK                    County, Kansas:

LOT 9, BLOCK C, EASTBOROUGH SECOND
ADDITION, SEDGWICK COUNTY, KANSAS.

REGISTRATION FEE
Amt. of Indebtedness $ 101,400   Fees $ 163
Paid this   JUN 25 1992

Pat Kettler
Register of Deeds Sedgwick County, KS

which has the address of  37   MISSION ROAD                  WICHITA                [Street, City],
Kansas    67207
         [Zip Code]               ("Property Address");

KANSAS-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                Page 1 of 6          Form 3017  9/90
-6R(KS) (9103)                    VMP MORTGAGE FORMS - (313)293-8100 - (800)521-7291

FILM 1405 PAGE 0882

(Space Above This Line For Recording Data)

# MORTGAGE

STATE OF KANSAS } ss
SEDGWICK
4-35 PM
DEC 28 93 134611

PAT KETTLER
REGISTER OF DEEDS
Ed Ross
Deputy

THIS MORTGAGE ("Security Instrument") is given on **Wednesday December 22nd, 1993**
The mortgagor is **TERESA B. KRAUSE F/K/A TERESA B. BRIGGS AND GARY E. KRAUSE**
**WIFE AND HUSBAND           a/k/a Teresa G. Briggs**        ("Borrower"). This Security Instrument is given to
**RAILROAD SAVINGS BANK, FSB**                                                                  which is organized and existing
under the laws of **THE UNITED STATES OF AMERICA**                                          , and whose address is
**110 SOUTH MAIN, WICHITA, KANSAS 67202**                                                                ("Lender").
Borrower owes Lender the principal sum of
**Ninety Thousand and 00/100**
Dollars (U.S. $ **90,000.00**                              ). This debt is evidenced by Borrower's note dated the same date as this Security Instrument
("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on **Thursday January 1st, 2004**
This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions
and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this
Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this
purpose, Borrower does hereby mortgage, grant and convey to Lender, with the power of sale, the following described property located in
**SEDGWICK**                                                                                                                    County, Kansas.
**LOT 9, BLOCK C, EASTBOROUGH SECOND ADDITION, SEDGWICK COUNTY, KANSAS.**

REGISTRATION FEE
Amt. of Indebtedness $ 90,000.00   Fees $ 234.00
Paid this DEC 28 1993
Pat Kettler
Register of Deeds Sedgwick County, KS
Ed Ross
Deputy

which has the address of **37 N. MISSION**                                                             **WICHITA**
                                          [Street]                                                       [City]
Kansas   **67206**                  ("Property Address");
            [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now
or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is
referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and
convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend
generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by
jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:
1. **Payment of Principal and Interest; Prepayment and Late Charges.** Borrower shall promptly pay when due the principal of
and interest on the debt evidenced by the Note and any prepayment and late charges due under the Note.

2. **Funds for Taxes and Insurance.** Subject to applicable law or to a written waiver by Lender, Borrower shall pay to Lender on
the day monthly payments are due under the Note, until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes and assessments which
may attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold payments or ground rents on the Property, if
any; (c) yearly hazard or property insurance premiums; (d) yearly flood insurance premiums, if any; (e) yearly mortgage insurance premiums,
if any; and (f) any sums payable by Borrower to Lender, in accordance with the provisions of paragraph 8, in lieu of the payment of mortgage
insurance premiums. These items are called "Escrow Items." Lender may, at any time, collect and hold Funds in an amount not to exceed the
maximum amount a lender for a federally related mortgage loan may require for Borrower's escrow account under the federal Real Estate
Settlement Procedures Act of 1974 as amended from time to time, 12 U.S.C. §§ 2601 et seq. ("RESPA"), unless another law that applies to
the Funds sets a lesser amount. If so, Lender may, at any time, collect and hold Funds in an amount not to exceed the lesser amount.
Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items
or otherwise in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender,
if Lender is such an institution) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items. Lender may not
charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender
pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. However, Lender may require Borrower to
pay a one-time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless applicable law
provides otherwise. Unless an agreement is made or applicable law requires interest to be paid, Lender shall not be required to pay
Borrower any interest or earnings on the Funds. Borrower and Lender may agree in writing, however, that interest shall be paid on the

KANSAS -Single Family -Fannie Mae/Freddie Mac UNIFORM INSTRUMENT              Form 3017   9/90
                                                                              Initials

234.00
1600
CNT

5.978-93

FILM 1582 PAGE 1643

**This Indenture**, Made this 2nd day of January, A.D., 1996 between Teresa G. Briggs, a married woman

of Sedgwick County, in the State of Kansas, of the first part, and

Drake Enterprises, Inc., a Kansas corporation,

of Sedgwick County, in the State of Kansas, of the second part.

WITNESSETH, That the said party of the first part, in consideration of the sum of Ten Dollars and other good and valuable consideration, DOLLARS the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell and convey unto the said party of the second part its heirs and assigns all the following-described REAL ESTATE, situated in the County of Sedgwick and State of Kansas, to-wit:

Lot 9, Block C, in Eastborough Second Addition, Wichita, Kansas, Sedgwick County, Kansas.

Also known as:

37 North Mission, Wichita, Kansas 67206

Exempted from validation pursuant to transfer of Title (4) "by way of gift, donation, or contribution stated in the deed or other instruments."

ENTERED ON TRANSFER RECORD

FEB 09 1996

SUSAN E. CROCKETT-SPOON COUNTY CLERK

TO HAVE AND TO HOLD THE SAME, Together with all and singular the tenements, hereditaments and appurtenances hereunto belonging or in anywise appertaining forever.

And said Teresa G. Briggs, party of the first part, for herself and for her heirs, executors, or administrators, doth hereby covenant, promise and agree to and with said party of the second part, that at the delivery of these presents she is lawfully seized in her own right, of an absolute and indefeasible estate of inheritance, in fee simple, of and in all and singular the above-granted and described premises, with the appurtenances; that the same are free, clear, discharged and unincumbered of and from all former and other grants, titles, charges, estates, judgments, taxes and incumbrances of any kind;

except easements, restrictions, and mortgages of record, if any there be,

and that she will WARRANT AND FOREVER DEFEND the same unto said party of the second part, its heirs and assigns, against said party of the first part, her heirs, and all and every person or persons whomsoever lawfully claiming or to claim the same.

IN WITNESS WHEREOF, The said party of the first part has hereunto set her hand, the day and year first-above written.

*Teresa G. Briggs*
Teresa G. Briggs

ROBIN NELSON
Notary Public - State of Kansas
My Appt. Expires Oct. 31, 1997

STATE OF KANSAS, SEDGWICK COUNTY, ss.

BE IT REMEMBERED, That on this 2nd day of January A.D. 1996 before me, the undersigned, a Notary Public in and for the County and State aforesaid, came

TERESA G. BRIGGS

personally known to me to be the same person(s) who executed the within instrument of writing and such person(s) duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, the day and year last above written.

Term expires October 31, 1997  *Robin Nelson*
Notary Public

DUKE PRINTING INC.

Drake Enterprises  630 Sutton Place  209 E. William  67202

1674243 E 16     FILM 1768 PAGE 0023

Exemption #12

STATE OF KANSAS ) SS

# QUITCLAIM DEED

**GRANTOR:**    Gary E. Krause, a married man

**GRANTEE:**    Drake Enterprises, Inc.

Does hereby quitclaim all right, title and interest in and to the following described premises, to wit:

> Lot 9, Block C, Eastborough
> Second Addition
> Sedgwick County, Kansas,
> the common street address of which is
> 37 N. Mission, Wichita, Kansas 67206

for the sum of Ten Dollars ($10.00) and other valuable consideration.

Subject to easements and restrictions of record, if any.

**DATED:**    this 4th day of March, 1998, to be effective as of January 2, 1996.

/s/ Gary E. Krause
Gary E. Krause

Sent to County Clerk

MAR 16 1998

For Entry on Transfer Record

## ACKNOWLEDGMENT

**STATE OF KANSAS** ) 
                        )SS
**COUNTY OF SEDGWICK** )

BE IT REMEMBERED, that on this 4th day of March, 1998, before me, the undersigned Notary Public in and for the aforesaid State and County, came Gary E. Krause, who executed the above and foregoing instrument in my presence and duly acknowledged the execution of the same as his free and independent act.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal as of the day and date last above written.

Kimberly Kay Nordquist
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 10-10-2001

/s/ Kimberly Kay Nordquist
Notary Public

My Commission Expires 10-10-2001

This Deed is given to supplement that certain Warranty Deed recorded on Film 1582, Page 1643, Wherein Gary E. Krause, Spouse of Teresa C. Briggs as of January 2, 1996, failed to execute said deed.

1674244 ≅ 16≅     FILM 768 PAGE 0024

# WARRANTY DEED (Kansas Statutory Form)

015282     (Joint Tenancy)

**SELLER:** Drake Enterprises, Inc.

STATE OF KANSAS } SS

For a valuable consideration conveys and warrants to

**BUYER:** Stephen J. Burns and Judy A. Burns

as joint tenants with the right of survivorship and not as tenants in common, the following described real estate:

Lot 9, Block C, Eastborough Second Addition, Sedgwick County, Kansas.

subject to the following: easements and restrictions of record, if any.

Executed this 4th day of March, 1998.

Drake Enterprises, Inc.

BY _/s/ Gary E. Krause_
Gary E. Krause, President

Sent to County Clerk

MAR 16 1998

For Entry on Transfer Record

**STATE OF KANSAS, COUNTY OF SEDGWICK:**

BE IT REMEMBERED, That on this March 4, 1998 before me, a notary public, in and for the county and state aforesaid, came Gary E. Krause, President of Drake Enterprises, Inc. personally known to me to be the same person(s) who executed the within instrument of writing and such person(s) duly acknowledged the execution of the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal the day and year last above written.

_/s/ Notary_ Notary Public

My Appointment Expires: JUDY KOLBECK, Notary Public - State of Kansas

## O'ROURKE TITLE COMPANY
229 E. William, Suite 100 - Wichita, Kansas 67202 - 316/267-2222

OTC# 98020731